THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN LOVALL, Appellant. [730 NYS2d 472] —Judgment unanimously affirmed. Memorandum: The contention of defendant on appeal concerning the alleged error in County Court's refusal to give a missing witness instruction differs from his

contention before County Court, and thus defendant has failed to preserve his present contention for our review (*see generally, People v Collins,* 277 AD2d 1021, *lv denied* 96 NY2d 757; *People v Miller,* 221 AD2d 1001; *People v Rodrigues,* 154 AD2d 912, *lv denied* 75 NY2d 775). In any event, the court properly refused to give that instruction because defendant failed to demonstrate that the uncalled witness was knowledgeable about a material issue in the case (*see, People v Keen,* 94 NY2d 533, 539; *People v Lewis,* 231 AD2d 919, *lv denied* 89 NY2d 1096; *People v Schiano,* 198 AD2d 820, 821, *lv denied* 82 NY2d 930) or that the witness was under the People's control (*see, People v Keen, supra,* at 539). (Appeal from Judgment of Monroe County Court, Bristol, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Burns and Gorski, JJ.